IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY; MYA KAY | ) | |
| DOUGLAS; and THE TMG FIRM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On November 16, 2018, the Court issued a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's second amended complaint for lack of subject matter jurisdiction because he did not properly allege citizenship of Defendants to establish diversity. (Doc. no. 13.) On December 7, 2018, Plaintiff objected to the Court's R&R, pointing to the first pages of the form complaint wherein he alleged the individual Defendants reside in Pennsylvania and the corporate Defendant is located in New York. The Court stands corrected and **VACATES** its prior R&R. (Doc. no. 13.) The Court will again screen Plaintiff's second amended complaint in accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) in a simultaneously filed Report and Recommendation.

SO ORDERED this 17th day of December, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA