IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY; MYA KAY | ) | |
| DOUGLAS; and THE TMG FIRM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On December 17, 2018, the Court issued a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's complaint for failure to state a claim. (Doc. no. 17.) On January 9, 2019, Plaintiff objected to the Court's R&R and alleged new facts not included in his second amended complaint. (Doc. no. 19.) The Court construed Plaintiff's objections to include a motion for leave to file a third amended complaint, which the Court granted. (Doc. no. 20.) On January 28, 2019, Plaintiff filed his third amended complaint. (Doc. no. 21.) Accordingly, the Court **VACATES** the December 17th R&R. (Doc. no. 17.) The Court screens Plaintiff's third amended complaint in accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) in a simultaneously filed Report and Recommendation.

SO ORDERED this 5th day of February, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA