IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RONALD B. GRAY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 318-045<br>) |
| ANDRIA MAYBERRY; MYA KAY<br>DOUGLAS; and THE TMG FIRM, LLC, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DISMISSES** Plaintiff's 42 U.S.C. § 1983, intentional infliction of emotional distress, negligent infliction of emotional distress, slander, and harassment claims.

SO ORDERED this 5th day of March, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE