IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY; MYA KAY | ) | |
| DOUGLAS; and THE TMG FIRM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On August 23, 2019, the Court warned Plaintiff he had fourteen days to explain why Defendant Douglas should not be dismissed for failure to serve within the extended service period after reasonable efforts of the United States Marshals Service to serve her. (Doc. no. 38.) On September 6, 2019, Plaintiff responded to the August 23 Order, arguing Defendant Douglas should not be dismissed and requesting an unknown amount of time to provide the Court with the proper address to serve Defendant Douglas. (Doc. no. 41.) Although the Marshals Service has already used reasonable efforts to attempt to locate and serve Defendant Douglas at two different locations, the Court will allow Plaintiff one final opportunity to provide sufficient information on her address. Accordingly, the Court **GRANTS** Plaintiff's request. Plaintiff shall have through and including September 27, 2019, to provide the Court with sufficient information to accomplish service of process on

Defendant Douglas.

SO ORDERED this 12th day of September, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA