IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 NOV 22 PM 2: 19

CLERK_____
SO. DIST. GA.

RONALD B. GRAY,                          )
                                         )
      Plaintiff,                   )
                                         )
v.                                       )          CV 318-045
                                         )
ANDRIA MAYBERRY; MYA KAY                 )
DOUGLAS; and THE TMG FIRM, LLC,          )
                                         )
      Defendants.                  )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** without prejudice Plaintiff's claims against Defendant Douglas for failure to

timely effect service, and **DISMISSES** Defendant Douglas from this case.

SO ORDERED this _22_ day of _Nov._, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE