IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY and THE TMG FIRM, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On November 22, 2019, the Court warned Plaintiff he had fourteen days to explain why Defendant Mayberry should not be dismissed for failure to serve within the extended service period after reasonable efforts of the United States Marshals Service to serve her. (Doc. no. 57.) On December 6, 2019, Plaintiff responded to the November 22nd Order, arguing Defendant Mayberry should not be dismissed. (Doc. no. 58.) Specifically, Plaintiff states Defendant Mayberry threatened Plaintiff's daughter and brother to stop Plaintiff from having the Marshals Service attempt to serve her. (Id.) Thus, Plaintiff requests until January 8, 2020, to provide the Court with the proper address to serve Defendant Mayberry. (Id.) Although the Marshals Service has already used reasonable efforts to attempt to locate and serve Defendant Mayberry at two different locations, the Court will allow Plaintiff one final opportunity to provide a valid address in light of the alleged attempts by Defendant Mayberry to thwart service. Accordingly, the Court **GRANTS** Plaintiff's request. Plaintiff

shall have through and including January 8, 2020, to provide the Court with sufficient information to accomplish service of process on Defendant Mayberry.

SO ORDERED this 11th day of December, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA