IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RONALD B. GRAY, | ) |
| Plaintiff, | ) |
| v. | ) CV 318-045 |
| ANDRIA MAYBERRY and THE TMG FIRM, LLC, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** TMG's original motion to set aside default, (doc. no. 44), **GRANTS** TMG's motion to open default, (doc. no. 63), and **DENIES** Plaintiff's motions for default judgment and appointment of counsel, (doc. nos. 47, 65-1). Because TMG's original answer was filed without counsel, the Court **ORDERS** TMG to file an answer signed by counsel within seven days of this Order.

SO ORDERED this ___ day of March, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE