# United States District Court

## Southern District of Georgia

| | |
|---|---|
| Ronald B. Gray | Case No. 3:18-cv-00045-DHB-BKE |
| Plaintiff | |
| v. Andria Mayberry | Appearing on behalf of: |
| | Andria Mayberry |
| Defendant | (Plaintiff/Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Attorney James L. Walker Jr.__ hereby requests permission to appear pro hac vice in the subject case filed in the __Dublin__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Northern District of Georgia__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Stephen M. Katz__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __14__ day of __May__, __2020__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Stephen M. Katz__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This _____ day of _____, _____.

| | | |
|---|---|---|
| 409065 | | |
| Georgia Bar Number | Signature of Local Counsel | |
| 770-988-8181 | The Katz Law Firm | (Law Firm) |
| Business Telephone | 1225 Johnson-Ferry Rd Building 100- Suite 125 | (Business Address) |
| | Marietta, Georgia 30068-5407 | (City, State, Zip) |
| | 1225 Johnson-Ferry Rd Building 100- Suite 125 Marietta, Georg | (Mailing Address) |
| | smkatz@smk-law.com | (Email Address) |