

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**           }
                                       } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JAMES LORENZO WALKER, Georgia Bar No. 260643,** was duly admitted to practice in said Court on FEBRUARY 6, 2017 , and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of April, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: _____
CHERYL GOINS
Deputy Clerk

