

**The Walker Building**

**3421 Main Street**                                                    **Phone: (770) 847-7363**

**Atlanta, GA 30337**                                                   **Fax:     (770) 282-1706**

---

**James L. Walker, Jr., Esq.**                                    **Admitted in Conn., D.C. & GA**

May 14, 2020

United States District Court
Southern District of Georgia
Dublin Division
100 North Franklin Street
Dublin, GA 31021

**RE: Statement for Admission into Southern District of Georgia**

Dear SIR or MADAME:

      At this time, I do not have any cases listed in this district. My first case within this district is currently the one that I am requesting permission to appear on.  This is to serve as my statement as required for Pro Hac Vice Admission into the Southern District of Georgia. Should you have any questions or further concerns, I can be reached at my office at (770) 847-7363.

                          Regards,
                          /s/ James Walker, Jr.
                          James L. Walker, Jr.