# United States District Court
## Southern District of Georgia

Ronald B. Gray
_____
Plaintiff

v.

Andria Mayberry
_____
Defendant

Case No. 3:18-cv-00045-DHB-BKE

Appearing on behalf of
Andria Mayberry
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

| | |
|---|---|
| NAME OF PETITIONER: | Attorney James L. Walker Jr. |
| Business Address: | J. Walker & Associates, LLC |
| | Firm/Business Name |
| | 3421 Main Street |
| | Street Address |
| | Atlanta   GA   30337 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 770-847-7363     260643 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | jjwalker@walkerandassoc.com |