# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

FILED U.S. DISTRICT COURT AUGUSTA DIV.
20 AUG 27 AM 8:54
CLERK_____
SO. DIST OF GA.

RONALD B. GRAY
GDC# 1001702913
PLAINTIFF,

vs

ANDRIA MAYBERRY
and THE TMG FIRM LLC.
Defendants

Case# CV 318-045

## MOTION TO COMPEL

Comes, Now, Plaintiff, Ronald Bernard Gray, and pursuant to Fed. R. Civ. P. 37, hearby moves this court to grant motion to compel. Plaintiff mailed the interrogatories to both defendants on 7-13-20, defendants did not respond with answers. Plaintiff wish to proceed with the motion to compel, he has contacted opposing counsel in a good faith.

Respectfully Submitted this 24th day of Aug 2020

Ronald B. Gray GDC# 1001702913
Plaintiff, Pro'se
W.C.F
Po Box 466
Alamo, GA 30411