# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| RONALD B. GRAY, | * |
| Plaintiff, | * |
| | * Case No.  3:18-cv-00045 |
| | * |
| ANDRIA MAYBERRY; MYA KAY | * |
| DOUGLAS; and THE TMG FIRM, LLC, | * |
| Defendants | * |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

COMES NOW Andria Mayberry, Defendant in the above-styled matter by and through her counsel and files this Response in opposition to Plaintiffs Motion to Compel. Defendant asks that the Plaintiff's Motion be denied as Defendant sent answers by Certified Mail and Received the Certified Mail Receipt on August 25, 2020 (See *"Exhibit A"*).

RESPECFULLY SUBMITTED this 11th day of September, 2020

/s/ James L. Walker, Jr.
James L. Walker, Jr.
Georgia Bar No. 260643
J. Walker Associates, L.L.C.
3421 Main Street
Atlanta, GA 30337
770—847-7363
jjwalker@walkerandassoc.com

# EXHIBIT A
(Certified Mail Receipt from Ronald Gray, See Attachment)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Ve S... u ... ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Ronald B. Gray<br>#1001700913 Po Box 466<br>Wheeler Correctional Facility G-1/w<br>Alamo, GA 30411 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 4368 8190 6519 31 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...d Mail<br>☐ ...d Mail Restricted Delivery ($500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0640 0001 0346 8085 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |