# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| RONALD B. GRAY, | * |
|     Plaintiff, | * |
| | *   Case No.   3:18-cv-00045 |
| | * |
| ANDRIA MAYBERRY; MYA KAY | * |
| DOUGLAS; and THE TMG FIRM, LLC, | * |
|     Defendants | * |

## ANDRIA MAYBERRY'S MOTION FOR SUMMARY JUDGEMENT

COMES NOW Andria Mayberry, Defendant in the above-styled matter by and through her counsel and moves for summary judgement pursuant to Fed. R. Civ. P. 56. As expressed in Defendant's brief attached, the Plaintiff has filed this case well past the one year statute of limitations and under O.C.G.A. 9-10-91(2), there is no personal jurisdiction over the Defendants. Thus, Defendant Mayberry respectfully requests this Court dismiss this action.

RESPECFULLY SUBMITTED this 17th day of September, 2020.

/s/ James L. Walker, Jr.
James L. Walker, Jr.
Georgia Bar No. 260643
J. Walker Associates, L.L.C.
3421 Main Street
Atlanta, GA 30337
770-847-7363
jjwalker@walkerandassoc.com

Stephen Katz
The Katz Law Firm
1225 Johnson Ferry Road
Marietta, GA
30068-5407

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I served all parties to this action with a copy of the within and foregoing by email and depositing the same in the U.S. mail in a properly addressed envelope with adequate first class postage to the following:

Ronald B. Gray
**Via Certified Mail**
GDC 001702913
Wheeler Correctional Facility
PO Box 466
Alamo, Georgia 30411

Mya Kay Douglas
7403 Penrose Avenue
Elkins Park, PA 19027

John B. Watson, Esq.
P.O. Box 3248
Augusta, GA 30914

This 16th day of September 2020.

J. WALKER & ASSOCIATES, LLC

By: */s/James L. Walker, Jr.*
James L. Walker, Jr.
Georgia Bar No. 260643

3421 Main Street | Suite A
Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com
*Counsel for Defendant Mayberry*