IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RONALD B. GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 318-045 |
| | ) |
| ANDRIA MAYBERRY | ) |
| and THE TMG FIRM, LLC, | ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

Defendant Mayberry filed a motion for summary judgment on September 16, 2020 (doc. no. 88), nearly three weeks after the deadline for dispositive motions expired on August 27, 2020. (Doc. no. 73). Although the Court does not condone such tardiness, it will accept the filing because considering the merits of a summary judgment prior to trial serves the interest of judicial economy. Because Defendant Mayberry's certificate of service incorrectly lists Plaintiff's Georgia Department of Corrections number, the Court **DIRECTS** Defendant Mayberry to re-serve her motion for summary judgment on Plaintiff by September 22, 2020. The Court **EXTENDS** the deadline for Plaintiff to respond to Defendant Mayberry's motion for summary judgment, (doc. no. 88), through and including October 19, 2020.

SO ORDERED this 18th day of September, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA