# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| **RONALD B. GRAY,** | * | |
| **Plaintiff,** | * | |
| | * | **Case No.**     **3:18-cv-00045** |
| | * | |
| **ANDRIA MAYBERRY; MYA KAY** | * | |
| **DOUGLAS; and THE TMG FIRM, LLC,** | * | |
| **Defendants** | * | |

## NOTICE OF FILING

COMES NOW, Andria Mayberry, Defendant in the above styled action, by and through its undersigned counsel, and submits this *Notice of Filing* in support of the following document being served on the Plaintiff:

*Doc 88 First Motion for Summary Judgment with Attachment #1 Brief in Support of Defendant's Motion*

Attached hereto is the Certificate of Service with the corrected address, specifically the Department of Corrections Number.  The Certified Mail receipt with the address of Plaintiff with the corrected Department of Corrections Number is also attached (See *Exhibit A*)

Respectfully submitted this 21st day of September 2020.

J. WALKER & ASSOCIATES, LLC

By: */s/James L. Walker, Jr.*

James L. Walker, Jr.
Georgia Bar No.  260643

3421 Main Street | Suite A
Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com
*Counsel for Defendant Mayberry*

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I served all parties to this action with a copy of the within

and foregoing by email and depositing the same in the U.S. mail in a properly addressed

envelope with adequate first class postage to the following:

Ronald B. Gray
**Via Certified Mail**
GDC 1001702913
Wheeler Correctional Facility
PO Box 466
Alamo, Georgia 30411

Mya Kay Douglas
7403 Penrose Avenue
Elkins Park, PA 19027

John B. Watson, Esq.
P.O. Box 3248
Augusta, GA 30914

This 21st day of September 2020.

J. WALKER & ASSOCIATES, LLC

By: /s/James L. Walker, Jr.
James L. Walker, Jr.
Georgia Bar No.  260643

3421 Main Street | Suite A
Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com
*Counsel for Defendant Mayberry*

## EXHIBIT A

**(Certified Mail Receipt For Ronald Gray, See Attachment)**

