# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | | | |
|---|---|---|---|
| RONALD B. GRAY, | * | | |
| Plaintiff, | * | | |
| | * | Case No. | 3:18-cv-00045 |
| | * | | |
| ANDRIA MAYBERRY; MYA KAY | * | | |
| DOUGLAS; and THE TMG FIRM, LLC, | * | | |
| Defendants | * | | |

## NOTICE OF FILING

COMES NOW, Andria Mayberry, Defendant in the above styled action, by and through its undersigned counsel, and submits this *Notice of Filing* in support of the following document being served on the Plaintiff:

*Defendant Andria Mayberry's Objections and Responses to Plaintiff's Demand for Response to Interrogatories and Defendant Mayberry's First Request for Interrogatories to Plaintiff*

Attached hereto is the Certificate of Service with the corrected address, specifically the Department of Corrections Number. The Certified Mail receipt with the address of Plaintiff with the corrected Department of Corrections Number is also attached (See *Exhibit A*). Per the Judges order, both documents have been filed with this Notice of Filing to be served to Plaintiff. Defendant Mayberry seeks sanctions and attorneys fees for this abusive litigation and frivolous filing.

Respectfully submitted this 22nd day of October 2020.

J. WALKER & ASSOCIATES, LLC

By: */s/James L. Walker, Jr.*
James L. Walker, Jr.
Georgia Bar No. 260643
3421 Main Street
Atlanta, GA 30337
(770) 847-7363
jjwalker@walkerandassoc.com

# EXHIBIT A

**(Certified Mail Receipt For Ronald Gray, See Attachment)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Ve___ Pu___ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Ronald B. Gray<br># 1001700913 Po Box 466<br>Wheeler Correctional Facility G-1/60<br>Alamo, GA 30411 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖ ‖‖‖ ‖‖‖‖‖‖ ‖‖ ‖‖‖‖‖‖‖‖‖ ‖‖ ‖‖‖‖<br>9590 9402 4368 8190 6519 31 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7020 0640 0001 0346 8085 | ☐ Collect on Delivery Restricted Delivery<br>⎯⎯ ᵈ Mail<br>ᵈ Mail Restricted Delivery<br>$500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I served all parties to this action with a copy of the within and foregoing by email and depositing the same in the U.S. mail in a properly addressed envelope with adequate first class postage to the following:

Ronald B. Gray
**Via Certified Mail**
GDC 1001702913
Wheeler Correctional Facility
PO Box 466
Alamo, Georgia 30411

Mya Kay Douglas
7403 Penrose Avenue
Elkins Park, PA 19027

John B. Watson, Esq.
P.O. Box 3248
Augusta, GA 30914

This 22nd day of October 2020.

J. WALKER & ASSOCIATES, LLC

By: /s/James L. Walker, Jr.
James L. Walker, Jr.
Georgia Bar No. 260643
3421 Main Street
Atlanta, GA 30337
(770) 847-7363
jjwalker@walkerandassoc.com