IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY, | ) | |
| and THE TMG FIRM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On October 22, 2020, Defendant Mayberry entered her interrogatory responses on the docket as ordered by the Court. (Doc. nos. 97, 98.) Because Plaintiff continues to assert he never received the responses, and to remove all doubt and confusion, the Court **DIRECTS** the **CLERK** to serve the responses, (doc. no. 98), on Plaintiff. The Court **EXTENDS** the deadline for Plaintiff to respond to Defendants' Motions for Summary Judgment, (doc. nos. 81, 88), through and including November 17, 2020, and allows Plaintiff to supplement his Motion for Summary Judgment, (doc. no. 78), by that same date.

SO ORDERED this 27th day of October, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA