IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 318-045 |
| ANDRIA MAYBERRY, and the THE TMG FIRM, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF ANDRIA MAYBERRY

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am the co-author of the book titled "Before Empire: Raising Bryshere 'Yazz the Greatest' Gray" (the "Book").

2. The Book was published on April 4, 2017, and there have been no subsequent editions published. Attached hereto as Exhibit "A" is a true and correct copy the page from the Book showing the publication date.

3. The Book focuses on the story of raising my son, Bryshere Gray, which includes a description of my story as a survivor of domestic violence by Bryshere's father, the plaintiff, Ronald B. Gray ("Plaintiff").

4. In 1993, Plaintiff brutally beat me when I was thirty-seven weeks pregnant with Bryshere, causing injuries, including knocking out my front tooth, leaving me bloodied and swollen, and interfering with my ability to eat and drink for weeks. I currently have a false tooth in place of the one Plaintiff knocked out.

5. Plaintiff's mother and grandmother were in the next room, heard my pleas for help, tried to enter the room where Plaintiff was beating me, and were calling out to see if I was okay.

6. Plaintiff's violent attack upon me caused me to go into labor and give birth at 37 weeks of gestation.

7. While our son was still in the hospital after his birth, Plaintiff again beat me, throwing me to the ground where he kicked and stomped me.

8. I was told by members of Plaintiff's family that he was schizophrenic.

9. In 2015, my son was interviewed for "The View," while I sat in the audience and made a brief comment about him. I did not make any remarks about Plaintiff or the Book, which was years away from being published. The episode aired on or around March 18, 2015, and I have not appeared in an episode of The View since that time.

10. I appeared on the television show "The Real" to discuss the Book. My appearance was aired on or around April 3, 2017.

11. At the time I was working on the Book, when the Book was published, and since that time, I have resided in Pennsylvania.

12. I never sold a copy of the Book in the State of Georgia.

13. My understanding is that Amazon has purchased the Book to then resell it, but I do not know where the consumers are to whom the book has been resold.

14. I do not transact business in the State of Georgia, nor did I at the time that I made the statements in question or when Plaintiff filed this action.

15. I do not regularly do or solicit business, or engage in any other persistent course of conduct, or derive substantial revenue from goods used or consumed or services rendered in

the State of Georgia, nor did I at the time that I made the statements in question or when Plaintiff filed this action.

16. I do not own, use, or possess real property in the State of Georgia, nor did I at the time that I made the statements in question or when Plaintiff filed this action.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of March, 2021.

Andria Mayberry

# EXHIBIT A
*(Publication Page for Book "Before Empire: Raising Bryshere 'Yazz the Greatest' Gray", See Attached)*



The TMG Firm, LLC
112 W. 34th Street
17th and 18th Floors
New York, NY 10120
www.thetmgfirm.com

Before Empire: Raising Bryshere "Yazz The Greatest" Gray
Copyright © 2016 Andria Mayberry
© 2016 Mya K. Douglas
Published and edited by The TMG Firm, LLC

All rights reserved. No part of this book may be reproduced in any form by any means without the prior written consent of the Publisher. For information address The TMG Firm, 112 W. 34th Street,
17th and 18th Floors,
New York, NY 10120.

For more information about special discounts for bulk purchase, please contact The TMG Firm at 1-888-984-3864 ext 12 or publishing@thetmgfirm.com

ISBN: 978-1-65873-0044
Library of Congress Control Number: 2016963015
All rights reserved

First The TMG Firm Trade Paperback Edition April 2017
Printed in the United States of America

This is a work of creative nonfiction. The events are portrayed to the best of Andria Mayberry's memory. The conversations in this book all come from the author's recollections, though they are not written to represent word-for-word transcripts. Rather, the author has retold them in a way that evokes the feeling and meaning what was said and in all instances, the essence of the dialogue is accurate. While all the stories in this book are true, some names and identifying details have been changed to protect the privacy of the people involved.

Cover Photo Copyright © 2016 Michael Moore
Cover created and designed by Brittani Williams for
TSPub Creative, LLC.