IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY, | ) | |
| and THE TMG FIRM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 107, 108.) Accordingly, the Court **OVERRULES** Defendants' objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES WITH THE RIGHT TO REFILE** Plaintiff's motion for summary judgment, (doc. no. 78), **DENIES WITH THE RIGHT TO REFILE** Ms. Mayberry's motion for summary judgment, (doc. no. 88), **GRANTS IN PART AND DENIES IN PART WITH THE RIGHT TO REFILE THE DENIED PORTION** of Defendant TMG's motion for summary judgment, (doc. no. 81), and **DIRECTS** the Clerk to **ENTER** summary judgment in favor of Defendant TMG on Plaintiff's claim for invasion of privacy. The Parties shall have thirty days from the date of

this Order to refile their motions for summary judgment.[1]

SO ORDERED this 18th day of March, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff prematurely refiled his motion for summary judgment, thus Plaintiff shall have thirty days to supplement his motion. (Doc. no. 109.)

2