AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RONALD B. GRAY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 318-045

ANDRIA MAYBERRY, and THE TMG FIRM, LLC,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 18th day of March 2021, the Report and Reocommendation of the Magistrate Judge is ADOPTED as the Order of the Court. Therefore, Judgment is hereby entered in favor of Defendant The TMG Firm, LLC, as to Plaintiff's claim for invasion of privacy.

March 18, 2021  
Date

John E. Triplett, Acting Clerk  
Clerk



(By) Deputy Clerk

GAS Rev 10/2020