IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY, and THE TMG FIRM, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____

STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT ANDRIA
MAYBERRY'S MOTION FOR SUMMARY JUDGMENT

_____

Pursuant to Southern District of Georgia Local Rule 56.1, Defendant, Andria Mayberry,

sets forth the following statement of material facts to which she contends there exists no genuine

dispute to be tried:

**Procedural History**

1.      Plaintiff filed his Complaint on June 14, 2018, and that complaint bears a notary's

signature for the date of May 31, 2018. (*See, e.g.*, Doc. no. 1-1 at p. 7.)

2.      Plaintiff's Complaint alleged claims against Ms. Mayberry for defamation,

intentional infliction of emotional distress, invasion of privacy, negligence, and violations of 42

U.S.C. § 1983—all of which were based solely on her publication a book titled "Before Empire:

Raising Bryshere 'Yazz the Greatest' Gray" (the "Book"). (*Id. passim.*)

3.       Plaintiff filed his Second Amended Complaint ("SAC") on November 13, 2018, which again sought relief against Ms. Mayberry solely based on the publication of the Book. (Doc. no. 12 *passim*.)

4.       On January 9, 2019, Plaintiff filed his objection to a report and recommendation, which is the first instance in this litigation when he discussed claims against Ms. Mayberry based on publications other than the Book—e.g., for unspecified statements "on social media websites, news cast [sic] and television programs. (The Real, The View, etc.)" (Doc. no. 19 at p. 3 and *passim*.)

5.       Pursuant to the Court's January 11, 2019, order, (Doc. no. 20), Plaintiff filed his Third Amended Complaint ("TAC") on January, 28, 2019, which is the operative complaint, (Doc. no. 21-1).

6.       The TAC is the only complaint that asserts claims for both the Book and other alleged publications through "social media outlets, websites, and television programs such as "The View" and "The Real." (*Id.* at p. 3.)

**<u>The Book</u>**

7.       Ms. Mayberry is the co-author of the Book, along with former defendant Mya Kay Douglas. (Ex. 1 (Mayberry Decl.) ¶ 1, Ex. A.)

8.       The Book was published on April 4, 2017, and there have been no subsequent editions published. (Ex. 1 (Mayberry Decl.) ¶¶ 2-3, Ex. A.)

9.       Plaintiff admits that the Book was published in April of 2017. (*See* Doc. no. 1-1 at 3; Doc. no. 21-1 at p. 2.)

10.      The Book focuses on the story of raising Ms. Mayberry and Plaintiff's son, Bryshere Gray, which includes a description of her story as a survivor of domestic violence by

Plaintiff, and it focuses on her experiences raising Bryshere in light of her relationship with Plaintiff, Bryshere's mental health issues (ADHD), and the mental health history of Plaintiff's family, including Plaintiff's schizophrenia. (Ex. 1 (Mayberry Decl.) ¶ 4, Ex. A.)

11.     As Plaintiff has admitted, the Book never mentions Plaintiff's name. (Doc. no. 92-1 at p. 2.)

12.     The Book never displays an image of the Plaintiff. (Ex. 1 (Mayberry Decl.) ¶ 6.)

**Plaintiff's Domestic Violence Against Ms. Mayberry**

13.     In 1993, Plaintiff brutally beat Ms. Mayberry when she was thirty-seven weeks pregnant with Bryshere, causing injuries, including knocking out her front tooth, leaving her bloodied and swollen, and interfering with her ability to eat and drink for weeks. She currently have a false tooth in place of the one Plaintiff knocked out. (Ex. 1 (Mayberry Decl.) ¶ 8.)

14.     Plaintiff's mother and grandmother were in the next room, heard Ms. Mayberry's pleas for help, tried to enter the room where Plaintiff was beating her (but the door was locked), and were calling out to see if she was okay. (Ex. 1 (Mayberry Decl.) ¶ 9.)

15.     Plaintiff's violent attack upon Ms. Mayberry caused her to have contractions, go into labor, and give birth at 37 weeks of gestation. (Ex. 1 (Mayberry Decl.) ¶ 10.)

16.     While Ms. Mayberry and Plaintiff's son was still in the hospital after his birth, Plaintiff again beat Ms. Mayberry and threatened to kill her, throwing her to the ground where he kicked and stomped her. (Ex. 1 (Mayberry Decl.) ¶ 11.)

17.     Ms. Mayberry was told by Plaintiff's mother that he was schizophrenic, and Ms. Mayberry's understanding is that he is schizophrenic. (Ex. 1 (Mayberry Decl.) ¶ 12.)

**Plaintiff's Public Conviction for Domestic Violence Against Another Pregnant Woman**

18.     Plaintiff is an inmate at the Wheeler Correctional Facility in Georgia. (Doc. no. 21 at 11).

19.     Plaintiff is incarcerated for his "convict[ion] of one count of family violence aggravated assault, two counts of misdemeanor family violence battery (one count as a lesser-included crime to family violence aggravated assault), one count of false imprisonment, and two counts of cruelty to children in the third degree." *Gray v. State*, 347 Ga. App. 235, 235 (2018), *cert. denied* (Apr. 15, 2019); (Ex. 1 (Mayberry Decl.) ¶ 26.)

20.     The conviction stems from his brutal attack on his wife, a second woman, in 2009, who was seven-months pregnant at the time. *Gray*, 347 Ga. App. at 235. Shortly after the beating, his wife "was taken to the hospital, where she learned that her baby had died and was induced to deliver her stillborn daughter." *Id.* at 236. Plaintiff "confessed that he had committed several of the acts for which he was later indicted, including punching his wife in the face and beating her with a belt." *Id.*

21.     Plaintiff's conviction was upheld on appeal, and certiorari was denied. *Id.*

**Bryshere's Public Status and Ms. Mayberry's Media Appearances**

22.     Bryshere is a public figure, and he has been since at least 2015, at which time he began being featured as a central character in every episode of the show "Empire" on Fox—which ran for six seasons and was regularly watched by millions of viewers. (*See* (Ex. 1 (Mayberry Decl.) ¶ 7); *see also*

https://en.wikipedia.org/wiki/List_of_Empire_episodes#Season_1_(2015).

23.     In 2015, Bryshere was interviewed for "The View," while Ms. Mayberry sat in the audience and made a brief comment about him. She did not make any remarks about Plaintiff

or the Book, which was years away from being published, nor did she display any image of Plaintiff. The episode aired on or around March 18, 2015, and she has not appeared in an episode of The View since that time. (*See* (Ex. 1 (Mayberry Decl.) ¶ 13); *see also* https://www.youtube.com/watch?v=rtv9oqXQTqg.

24.     In 2016, Ms. Mayberry appeared on Blazin 267 Radio. During this appearance, she did not discuss Plaintiff or display an image of him—e.g., she did not state that Plaintiff abused her or that he was schizophrenic. And she has not appeared on Blaze 267 Radio since that time. (*See* (Ex. 1 (Mayberry Decl.) ¶ 14.)

25.     From 2015 to November of 2017, Ms. Mayberry sometimes recorded segments for Fox 29 News in Philadelphia, although she did not appear in June of 2017. Her appearances on Fox 29 News were for "recap" segments that appeared after the airing of Bryshere's show, "Empire." During these segments, which were recorded and first aired no later than November of 2017, she did not discuss Plaintiff or display an image of him—e.g., she did not state that Plaintiff abused her or that he was schizophrenic. She has not appeared on Fox 29 News since that time.  (*See* (Ex. 1 (Mayberry Decl.) ¶ 15.)

26.     In February of 2017, Ms. Mayberry appeared on Fox 29 in Philadelphia for its show, "The Q."  During this appearance, she did not discuss Plaintiff or display an image of him—e.g., she did not state that Plaintiff abused her or that he was schizophrenic.  (*See* (Ex. 1 (Mayberry Decl.) ¶ 16); *see also* https://www.fox29.com/video/338380.

27.     Ms. Mayberry did not appear on Fox 29 in June of 2017, and thus did not discuss Plaintiff. (*See* (Ex. 1 (Mayberry Decl.) ¶ 17.)

28.     Ms. Mayberry appeared on "The Wendy Williams Show" as an audience member during Bryshere Gray's  interview in January of 2017, during which she did not discuss Plaintiff

or display an image of him—e.g., she did not state that Plaintiff abused her or that he was

schizophrenic. And she has not appeared on The Wendy Williams show since that time. (*See*

(Ex. 1 (Mayberry Decl.) ¶ 18); *see also*

https://www.youtube.com/watch?v=dEEMYOYWc3g&t=620s.

      29.     Ms. Mayberry appeared on the television show "The Real" to discuss the Book.

Her appearance was aired in April of 2017. She did not display an image of Plaintiff on the

show.  And she has not appeared on The Real since that time. She did not discuss Plaintiff on the

show.  (*See* (Ex. 1 (Mayberry Decl.) ¶ 19); *see also*

https://www.youtube.com/watch?v=TJNdmVU7ukc.

**Ms. Mayberry's Lack of Contact with Plaintiff**

      30.     Ms. Mayberry's understanding is that Plaintiff has been incarcerated since 2012,

since his bond was revoked while awaiting prosecution for domestic violence because he

committed another act of domestic violence upon yet another woman.  (Ex. 1 (Mayberry Decl.) ¶

26.)

      31.     Since that time of 2012, Ms. Mayberry has not intruded on Plaintiff's seclusion,

whether through physical or non-physical means, such as being in his physical presence in any

way or through eavesdropping, wiretapping, or otherwise observing or listening in on Plaintiff.

(Ex. 1 (Mayberry Decl.) ¶ 26.)

      32.     Indeed, Ms. Mayberry has not been in Plaintiff's vicinity since at least 2012 (and

well earlier), and she has not physically impacted him. (Ex. 1 (Mayberry Decl.) ¶ 26.)

**Jurisdictional Facts**

      33.     Since 2015—and indeed earlier—Ms. Mayberry has resided in Pennsylvania. (Ex.

1 (Mayberry Decl.) ¶ 20.)

34.     Ms. Mayberry never sold a copy of the Book in Georgia, whether to a wholesaler or a reader. (Ex. 1 (Mayberry Decl.) ¶ 21.)

35.     Ms. Mayberry's understanding is that Amazon has purchased the Book to then resell it, but she does not know where the consumers are to whom the book has been resold, nor does she have control over Amazon. (Ex. 1 (Mayberry Decl.) ¶ 22.)

36.     Ms. Mayberry does not transact business in Georgia, nor did she at the time that she made the alleged tortious statements identified in Plaintiff's complaints or when Plaintiff filed this action. (Ex. 1 (Mayberry Decl.) ¶ 23.)

37.     Ms. Mayberry does not regularly do or solicit business, or engage in any other persistent course of conduct, or derive substantial revenue from goods used or consumed or services rendered in the state of Georgia, nor did she at the time that she made the alleged tortious statements identified in Plaintiff's complaints or when Plaintiff filed this action. (Ex. 1 (Mayberry Decl.) ¶ 24.)

38.     Ms. Mayberry does not own, use, or possess real property in the state of Georgia, nor did she at the time that she made the alleged tortious statements identified in Plaintiff's complaints or when Plaintiff filed this action. (Ex. 1 (Mayberry Decl.) ¶ 25.)

Respectfully submitted, this 17th day of April, 2021.

J. WALKER & ASSOCIATES, LLC

By: */s/James L. Walker, Jr.*
James L. Walker, Jr.
Georgia Bar No. 260643

3421 Main Street | Suite A
Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com

*Counsel for Defendant Mayberry*