EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY, and THE TMG FIRM, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____

**DECLARATION OF ANDRIA MAYBERRY**
_____

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am the co-author of the book titled "Before Empire: Raising Bryshere 'Yazz the Greatest' Gray" (the "Book").

2. The Book was published on April 4, 2017. Attached hereto as Exhibit "A" is a true and correct copy the page from the Book showing the publication date and additional pages containing the statements of which Plaintiff complains about.

3. There have been no subsequent editions of the Book published.

4. The Book focuses on the story of raising my son, Bryshere Gray, which includes a description of my story as a survivor of domestic violence by Bryshere's father, the plaintiff, Ronald B. Gray ("Plaintiff"), and focuses on my experiences raising Bryshere, in light of my relationship with Plaintiff, Bryshere's mental health issues (ADHD), and the mental health history of Plaintiff's family, including Plaintiff's schizophrenia.

5. As Plaintiff has admitted, the Book never mentions Plaintiff's name.

6. The Book never displays an image of the Plaintiff.

7. Bryshere is a public figure, and he has been since at least 2015, at which time he began being featured as a central character in every episode of the show "Empire" on Fox—which ran for six seasons and was regularly watched by millions of viewers. *See* https://en.wikipedia.org/wiki/List_of_Empire_episodes#Season_1_(2015).

8. In 1993, Plaintiff brutally beat me when I was thirty-seven weeks pregnant with Bryshere, causing injuries, including knocking out my front tooth, leaving me bloodied and swollen, and interfering with my ability to eat and drink for weeks. I currently have a false tooth in place of the one Plaintiff knocked out.

9. Plaintiff's mother and grandmother were in the next room, heard my pleas for help, tried to enter the room where Plaintiff was beating me (but the door was locked), and were calling out to see if I was okay.

10. Plaintiff's violent attack upon me caused me to have contractions, go into labor, and give birth at 37 weeks of gestation.

11. While our son was still in the hospital after his birth, Plaintiff again beat me and threatened to kill me, throwing me to the ground where he kicked and stomped me.

12. I was told by Plaintiff's mother that he was schizophrenic, and my understanding is that he is schizophrenic.

13. In 2015, my son was interviewed for "The View," while I sat in the audience and made a brief comment about him. I did not make any remarks about Plaintiff or the Book, which was years away from being published, nor did I display any image of Plaintiff. The episode aired on or around March 18, 2015, and I have not appeared in an episode of The View since that time. *See* https://www.youtube.com/watch?v=rtv9oqXQTqg.

14. In 2016, I appeared on Blazin 267 Radio. During this appearance, I did not discuss Plaintiff or display an image of him—e.g., I did not state that Plaintiff abused me or that he was schizophrenic. And I have not appeared on Blaze 267 Radio since that time.

15. From 2015 to November of 2017, I sometimes recorded segments for Fox 29 News in Philadelphia, although not during June of 2017. My appearances on Fox 29 News were for "recap" segments that appeared after the airing of my son's show, "Empire." During these segments, which were recorded and first aired no later than November of 2017, I not discuss Plaintiff or display an image of him—e.g., I did not state that Plaintiff abused me or that he was schizophrenic. I have not appeared on Fox 29 News since that time.

16. In February of 2017, I appeared on Fox 29 in Philadelphia for its show, "The Q." During this appearance, I did not discuss Plaintiff or display an image of him—e.g., I did not state that Plaintiff abused me or that he was schizophrenic. *See* https://www.fox29.com/video/338380.

17. I did not appear on Fox 29 in June of 2017, and thus did not discuss Plaintiff at that time.

18. I appeared on "The Wendy Williams Show" as an audience member during Bryshere Gray's interview in January of 2017, during which I did not discuss Plaintiff or display an image of him—e.g., I did not state that Plaintiff abused me or that he was schizophrenic. And I have not appeared on The Wendy Williams show since that time. *See* https://www.youtube.com/watch?v=dEEMYOYWc3g&t=620s.

19. I appeared on the television show "The Real" to discuss the Book. My appearance was aired in April of 2017. I did not display an image of Plaintiff on the show. And

I have not appeared on The Real since that time. I did not discuss Plaintiff on the show. *See* https://www.youtube.com/watch?v=TJNdmVU7ukc.

20. Since 2015—and indeed earlier—I have resided in Pennsylvania.

21. I never sold a copy of the Book in Georgia, whether to a wholesaler or a reader.

22. My understanding is that Amazon has purchased the Book to then resell it, but I do not know where the consumers are to whom the book has been resold, nor do have control over Amazon.

23. I do not transact business in State of Georgia, nor did I at the time that I made the alleged tortious statements identified in Plaintiff's complaints or when Plaintiff filed this action.

24. I do not regularly do or solicit business, or engage in any other persistent course of conduct, or derive substantial revenue from goods used or consumed or services rendered in the State of Georgia, nor did I at the time that I made the alleged tortious statements identified in Plaintiff's complaints or when Plaintiff filed this action.

25. I do not own, use, or possess real property in the State of Georgia, nor did I at the time that I made the alleged tortious statements identified in Plaintiff's complaints or when Plaintiff filed this action.

26. My understanding is that Plaintiff has been incarcerated since 2012, since his bond was revoked while awaiting prosecution for domestic violence because he committed another act of domestic violence upon yet another woman. Since that time, I have not intruded on Plaintiff's seclusion whether through physical or non-physical means, such as being in his physical presence in any way or through eavesdropping, wiretapping, or otherwise observing or listening in on Plaintiff. As I have not been in Plaintiff's vicinity since at least 2012 (and well earlier), and I have not physically impacted him.

27. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of April, 2021.

_____
Andria Mayberry