EXHIBIT A



The TMG Firm, LLC
112 W. 34th Street
17th and 18th Floors
New York, NY 10120
www.thetmgfirm.com

Before Empire: Raising Bryshere "Yazz The Greatest" Gray
Copyright © 2016 Andria Mayberry
© 2016 Mya K. Douglas
Published and edited by The TMG Firm, LLC

All rights reserved. No part of this book may be reproduced in any form by any means without the prior written consent of the Publisher. For information address The TMG Firm, 112 W. 34th Street,
17th and 18th Floors,
New York, NY 10120.

For more information about special discounts for bulk purchase, please contact The TMG Firm at 1-888-984-3864 ext 12 or
publishing@thetmgfirm.com

ISBN: 978-1-65873-0044
Library of Congress Control Number: 2016963015
All rights reserved

First The TMG Firm Trade Paperback Edition April 2017
Printed in the United States of America

This is a work of creative nonfiction. The events are portrayed to the best of Andria Mayberry's memory. The conversations in this book all come from the author's recollections, though they are not written to represent word-for-word transcripts. Rather, the author has retold them in a way that evokes the feeling and meaning what was said and in all instances, the essence of the dialogue is accurate. While all the stories in this book are true, some names and identifying details have been changed to protect the privacy of the people involved.

Cover Photo Copyright © 2016 Michael Moore
Cover created and designed by Brittani Williams for
TSPub Creative, LLC.

told them I never witnessed any of that behavior from him. Unfortunately, I would soon learn that I spoke too soon.

There was a cloud of darkness that lingered in the air the day he beat me. At the time, I was seven months pregnant. What began as a great day, ended up being one of the worse days of my life. We went to breakfast and then decided to go shopping. We spent the entire day together, enjoying each other's company and conversing about the baby. We looked at baby items for Bryshere and even bought some things for my daughter. Later that evening, we stopped by his friend's house who was recently murdered. I wasn't feeling too well. I was ready to leave, but he wasn't ready to go. I could feel the exhaustion setting in, and I remember yawning a few times. When we got back into the car, the tension was noticeable immediately. We had an argument because he felt I had embarrassed him in front of his friend's family. Once he calmed down, he decided he wanted to make one more stop.

Once we finally made it to his place, I quickly went to lay down. He insisted on being intimate, but I wasn't feeling well, so I wasn't in the mood. I was lying on my back when all of a sudden, he jumped on top of me and proceeded to punch me! Every time he hit me, it felt like I was being run over by a truck. All I could do was shield my face and my stomach. When I tried to fight back, I immediately realized I wouldn't win. I couldn't beat a

man, especially not in my condition. When the blows lessened, I was able to take a quick glance into his eyes. I didn't see Bryshere's father anymore; I was looking into the eyes of a demon. He turned into someone I didn't even recognize. He was an entirely different person and the rage in his eyes sent chills up my spine. The quick and increased anger reminded me of The Incredible Hulk. I fought as hard as I could, but couldn't get him off of me. The more I resisted, the tighter his grip became. Trying to kick him off of me even became a struggle. Then all of a sudden, there was loud banging at the door! I could see the door knob twist left and right as if someone was trying to enter the locked room. It was his mother and grandmother; I could hear their voices as they repeatedly asked me if I was okay. Thank God they were in the next room and heard my cries. My pleas for help didn't fall upon deaf ears. By now, I'm on the floor yelling at the top of my lungs, while the concerned screams accompanied by the banging on the door rang in my ears.

He finally stopped, after what felt like an eternity. He stood over me with guilt in his voice and pain in his eyes, as he apologized in a loud screaming tone repeating he would never hit me again. At that very moment, all I could think about was the condition of my face; *I want to see my face, I want to see my face,* is all I could think to myself. I could feel my face was severely swollen and I felt the blood dripping from my open wounds. When I finally mustered up the courage to look into the mirror, my face was disfigured, and I was missing a front tooth. It

was so bad; I had to eat and drink through a straw for weeks. While going through this, I already had in my mind that I was ending the relationship with him and wasn't taking him back. It only took one time to be abused for me to get the message. Due to the extent of my injuries, I clearly understood things would only get worse, so it was necessary to end the relationship. God knows I loved that man, but I loved my children more. I wanted to live and needed to live for them.

I was living with my mother and stepfather at the time, and I couldn't go home; I just couldn't face them and my daughter. Nor did I want to deal with all of the questions that would follow. When she didn't hear from me by eight the next morning, she knew exactly where to find me. She arrived at Bryshere's father's house and ever so politely, but passive-aggressively escorted me out. I didn't press charges against him. I couldn't because that's my son's father, but I did file a restraining order. I had to, for my protection, because I knew he wasn't going to change. For him to react that way, especially while I was carrying his son, let me know something deeper lied beneath his actions. I didn't have time to figure it out; I just knew I had to protect my children. I would never expose my kids to the treatment I received that night, so I dragged myself to the police station to get the restraining order. I remember the officer looking at me, wondering if I would enforce the order of protection or change my mind and not go through with it. When I felt Bryshere

kick, it was a sign. It was now or never! I knew there was no way I would change my mind.

The stress from the beating induced a premature labor. I was twenty-one and delivered Bryshere on November 28, 1993, even though my due date was December thirteenth. Despite everything his father took me through, I allowed him to be in the room while I gave birth, to witness his son being born. I was having a baby boy and wanted to share that experience with him since he was his father. I wanted him to be in his life. I needed Bryshere to know him. This was an amends for us, so he could be there and be better for Bryshere, even though we were no longer together. I only had one rule, and that was I had to be present when he was with our son. The things I continued to hear along with new information about him made me very uncomfortable. Because of that, I knew I always needed to be there when they were together.

As soon as he was born, they immediately transferred him to the Children's Hospital of Philadelphia because he had complications breathing. He remained in the hospital for four days. Every day, I visited my son in the hospital faithfully. I was always escorted by someone because I was terrified of being alone in the room with Bryshere if his father showed up unannounced. He had rights too, so I couldn't deny him visitation. But I needed to be prepared; I couldn't take the chance of him catching me off guard.

While our son was still in the hospital, his father called me to discuss how we could co-parent. The conversation didn't go as expected, but I didn't think anything of it. As he continued to speak, he stopped mid-sentence and demanded me to meet him around the corner to further the discussion in person. When I met with him, I was shaking uncontrollably. I felt something was strange as soon as I walked around the corner. As he approached me, his conversation went from positive to negative. Looking into his eyes reminded me of the rage I had previously witnessed. He started to form his hands into fists, and he became enraged and out of control. He threw me onto the ground and began kicking me as hard as he could! He continuously kicked and stomped me with no remorse.

When he finally became too tired to continue, he spat on me with disgust. He threatened to kill me, and in a vengeful tone yelled, "You're not leaving me!" I was on the ground in so much pain as I lay in the fetal position, trying to protect myself. Somehow, I gained enough courage to cry for help with the little energy I thought I didn't have. Then, all of a sudden I belted out in screams. I started screaming, I mean gut wrenching screams. Although no one was outside while we were arguing and fighting, like a miracle, from out of nowhere, two guys who were like my brothers came rushing down the street. They started cursing and yelling while running toward us. Bryshere's father took off running. Being more concerned with me, they didn't chase him but instead

stayed and asked if I was okay. I didn't want them to chase after him; I only wanted to be walked home to ensure I was safe.

Even after both brutal beatings, I knew there was no way I could keep his son away from him. I had to figure out how to co-parent with him, so I made the decision to set up supervised visits. Someone always had to be present for him to see his son. I didn't feel safe, and with his frequent unpredictable outbursts of violence, it was clear I couldn't trust him. Unfortunately, we were unable to come to a realistic plan to co-parent. So, just like that; his father was gone.

***

Bryshere didn't learn how to walk until he was about thirteen months old, so he crawled everywhere. Even when he learned how to walk, he reverted to crawling. He kept a pacifier in his mouth for quite a while. I even had to pry it from between his teeth to take it away from him.

To make matters worse, Bryshere was diagnosed with asthma. He started having issues immediately, and I didn't fully understand his breathing complications. I took him to the hospital, but they discharged him without any reassurance of his condition improving. They only gave me a nebulizer machine and sent me on my way. Trying to figure out how to properly use the nebulizer became increasingly frustrating. It was a foreign

Bryshere was seven, and we were on welfare. In my new place, I was only responsible for paying my monthly rent because utilities were included with subsidized housing. That was a financial blessing.

I was in fear when we lived there. Even when we moved to a different side of the projects, I was afraid to sleep at night. I didn't know if someone was going to try something because they knew I was a single mother. For my children, I was terrified and didn't want them to play outside. I didn't let them out of my sight, and they couldn't go outside without me. Everything from drug dealing to gun violence surrounded us. There was a young guy killed up the street, and right then I knew had to get myself together. With my son living in that environment as a young black male, I didn't want him to meet the same fate. I refused to have my daughter become a teenage mother as I had been. To put my plan in motion, I once again withdrew from school and went back to work to save money.

***

Years after his father and I ended our relationship; I learned some very interesting information. I was informed by Bryshere's grandmother that his father had schizophrenia. This is what they believed, although he'd never been diagnosed officially. She also let me know she was diagnosed with ADHD and was prescribed medication to keep it under control. After learning all this new information, I knew I had to inform his father

about his son's condition even though we didn't have a cordial relationship.

Bryshere's father was traveling back and forth from Atlanta to Philadelphia often, so I hadn't let him know the issue with his son. One day I was at his mother's house visiting her, and I finally decided to break the news about the ADHD to his father. He denied it right away and said, "There's nothing wrong with that boy." I couldn't believe he didn't ask me any questions. He didn't even ask if I needed anything to help Bryshere; he just flat out denied it. Bryshere's father had issues to deal with himself, such as being verbally and mentally abusive. He was even verbally abusive toward his mother at times. When he acted that way in front of my son, it was too much for him to handle as a child.

I remember one weekend, my son's grandmother called and asked if he could come over to her house to play with the other children. She had two younger children there that were about his age. She also let me know his father would be there as well. I told her it would be all right, as long as she was there the entire time. A few hours later, Bryshere called me very upset and wanted me to pick him up. At that point, he didn't like cigarette or marijuana smoke around him, and his father was a smoker. This worried me because the smoke could trigger his asthma. He also told me his father was mean, so he didn't feel comfortable being there. He said