IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| RONALD B. GRAY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 318-045 |
| ANDRIA MAYBERRY, and the THE TMG FIRM, LLC, | ) | |
| Defendants. | ) | |

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.

COMES NOW, Defendant Andria Mayberry, through her counsel J. Walker & Associates, LLC, and files this objection to Plaintiff Mr. Ronald Gray's recent Motion for Summary Judgment. Plaintiff urges this Court to dismiss Plaintiff's recent motion as it was filed without permission of the Court on or about March 8, 2021. The Court had issued a recent order in March of 2021 granting permission to file a Supplemental Motion to Plaintiff's wrongfully timed Motion for Summary Judgment. This motion was filed prior to said court order and without leave of court. As a result, Defendant Mayberry now brings her response.

In support of this requested relief, Defendant also shows this Honorable Court that Plaintiff's motion is not supported by evidence or the pleadings. The pleadings, evidence, and Defendant's discovery responses also show that this case is moot for lack of jurisdiction and due to the untimely filing of the case by the Plaintiff.

Moreover, Plaintiff's MSJ did not include a separate statement of theory of recovery and facts not in dispute, which is required**.** Finally, the pleadings, evidence, and Plaintiff's responses show that Plaintiff's MSJ and supporting documents were filed in bad faith. Specifically, the case was filed well past the one year statutory limitation and even if Plaintiff could rise beyond

the fact that his claims are barred, the overwhelming failure to prove defamation of any support, and Defendant Mayberry's supporting affidavit clearly show a need to deny Plaintiff's motion for summary judgment.  Defendant also seeks reasonable legal expenses in having to prepare this response to Plaintiff's bad faith motion for summary judgment.

Respectfully submitted this 6th of May 2021.


J. WALKER & ASSOCIATES, LLC

By**: /s/James L. Walker, Jr.**
James L. Walker, Jr.
Georgia Bar No. 260643

3421 Main Street | Suite A
Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com
*Counsel for Defendant Mayberry*

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I served all parties to this action with a copy of the within and foregoing **DEFENDANT ANDRIA MAYBERRY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** by electronically filing the same through the United States District Court electronic filing system, which will automatically send e-mail notification of such filing to all attorneys of record in this matter:

Ronald B. Gray
GDC 001702913
Wheeler Correctional Facility
PO Box 466
Alamo, Georgia 30411

Mya Kay Douglas
7403 Penrose Avenue
Elkins Park, PA 19027

John Batson
P.O. Box 3248
Augusta, GA 30914-32489

J. WALKER & ASSOCIATES, LLC

By**: /s/James L. Walker, Jr.**
James L. Walker, Jr.
Georgia Bar No. 260643

3421 Main Street | Suite A
Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com
*Counsel for Defendant Mayberry*