IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD B. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-045 |
| | ) | |
| ANDRIA MAYBERRY, | ) | |
| and THE TMG FIRM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for summary judgment, (doc. no. 109), **GRANTS** Defendant Andria Mayberry's motion for summary judgment in so far as dismissing Plaintiff's claims against Defendant Mayberry for lack of personal jurisdiction, (doc. no. 113), **GRANTS** Defendant The TMG Firm, LLC's ("TMG") motion for summary judgment, (doc. no. 117), **DIRECTS** the Clerk to **ENTER** a final judgment in favor of Defendants Mayberry and TMG, and **CLOSES** this civil action.

SO ORDERED this 6th day of December, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE